IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:12-0741 |
| | ) | JUDGE SHARP |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| MONICA JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER:
Motion granted. Initial case management conference is rescheduled to October 23, 2012, at 10:00 a.m.

*s/ John S. Bryant*
U.S. Magistrate Judge

PLAINTIFF'S MOTION TO CONTINUE
CASE MANAGEMENT CONFERENCE

COME NOW the Plaintiff, by and through the United States Attorney for the Middle District of Tennessee, and respectfully requests that the case management conference in this action, now set for Tuesday, September 18, 2012, be continued to a date in October 2012. For cause, the Plaintiff submits the following:

This is a suit filed by the United States on July 18, 2012 to collect on a debt owed by the Defendant. The Plaintiff has attempted to serve the Defendant by certified U.S. mail, return receipt. The plaintiff has also attempted to contact the Defendant by regular U.S. mail.

To date the Defendant has not been properly served.

The Plaintiff have employed the U.S. Marshals Service to properly serve the Defendant.

Accordingly, the Plaintiff respectfully moves that the initial case management conference be continued to a date in October 2012.